

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2024
```

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

January 19, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

Re:   *Bishop v. Southern Nazarene University*, Civil Action No.: 1:23-cv-10199-AT

Dear Judge Torres:

    This firm represents Defendant Southern Nazarene University ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of the deadline for the parties to file their joint letter, as well as their proposed Case Management Plan and Scheduling Order, up to and including February 21, 2024.

    By way of background, Plaintiff commenced this action on or about November 20, 2023. (ECF No. 1). On November 22, 2023, the Court ordered the parties to submit a joint letter and proposed Case Management Plan and Scheduling Order by January 22, 2024. (ECF No. 8). Defendant waived service of the Complaint under Federal Rule 4 on December 18, 2023 (ECF No. 10), under which the present deadline for responding to the Complaint is February 16, 2024.

    This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates. This request is not intended to cause undue delay, but instead to facilitate discussions among the parties as to a potential non-litigated resolution of this matter, avoid the potentially unnecessary expenditure of litigation-related fees, and promote judicial economy. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

    We thank the Court for its time and attention to this matter, and for its consideration of this application.

GRANTED.

SO ORDERED.

Dated: January 22, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge